

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-14-00821-CV

**CITY OF CARRIZO SPRINGS** and Adrian DeLeon, individually and as Mayor of the City of
Carrizo Springs,
Appellants

v.

Isabel **CUMPIAN**, Bill Martin, Alfredo Z. Padilla, Individually and on behalf of the Carrizo
Springs Housing Authority,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-09-12375-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

On January 26, 2015, we suspended the deadlines in this appeal. Appellants have
notified the court that the parties have reached a preliminary agreement to settle and compromise
the claims involved in the appeal. Appellants ask that the deadlines remain suspended for an
additional twenty-one days so the parties may obtain final approval of the agreement.

We grant the motion. We order appellants file by March 3, 2015, either a motion to dispose
of the appeal or a status report.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 12th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court